**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KIM L. CARTER,<br><br>Plaintiff,<br><br>v.<br><br>JAMES F. BRIDENSTINE,<br>Administrator,<br>National Aeronautics<br>and Space Administration,<br><br>Defendant. | Civil Action No. 17-1752 (ABJ) |

**ORDER**

Pursuant to Federal Rules of Civil Procedure 56 and 58, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's Motion for Summary Judgment [Dkt. # 14] is **GRANTED**. This is a final appealable order.

**SO ORDERED**.

Amy B Jackson

AMY BERMAN JACKSON
United States District Judge

DATE: March 31, 2020