**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KIM L. CARTER,**<br><br>**Plaintiff,**<br><br>**v.**<br>**JAMES F. BRIDENSTINE,**<br>**Administrator, National Aeronautics and Space Administration,**<br><br>**Defendant.** | **Case No. 1:17-cv-01752 (ABJ)** |

**NOTICE OF APPEAL**

Notice is hereby given that Kim L. Carter, Plaintiff in the above-named case, by and through her undersigned attorney, does hereby appeal to the United States Court of Appeals for the District of Columbia from the final judgment entered by the United States District Court for the District of Columbia on the 31st day of March 2020 (ECF 21).

DATED: APRIL 27, 2020.

Respectfully submitted,

Nathaniel D. Johnson (MD#14729)
Attorney for Plaintiff/Appellant
Employment Law Firm, LLC
3261 Old Washington Road, Suite 2020
Waldorf, Maryland 20602
(301) 645-9103 (Phone)/888-492-9434 (Fax)
ndjesquire@gmail.com

**CERTIFICATE OF SERVICE**

This will certify that a copy of the foregoing Notice of Appeal was served this 27th day of April 2020 upon the counsel of record named below by electronic transmission through the Court's ECF document filing system:

Jessie K. Liu, Esq.
Daniel F. Van Horn, Esq.
Jeremy S. Simon, Esq.
555 4th Street, N.W.
Washington, D.C. 20530

Nathaniel D. Johnson